**Order entered June 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01024-CV

**BENNIE GAMBLE, SR., ET AL., Appellants**

**V.**

**ANESTHESIOLOGY ASSOCIATES, P.S.C., ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01764-E**

### ORDER

Before the Court is appellants' June 18, 2021 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to **July 7, 2021**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE